UNITED STATES of America, Plaintiff—Appellee,

v.

David Del CASTILLO, Defendant—Appellant.

No. 04–30375.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 15, 2005.

---

Kevin F. McCoy, Esq., Fpdak–Federal Public Defender's Office, Anchorage, AK, for Defendant–Appellant.

Before: GOODWIN, W. FLETCHER, and FISHER, Circuit Judges.

MEMORANDUM **

David Del Castillo appeals the 64–month sentence imposed following his guilty-plea conviction for illegal reentry after deportation in violation of 8 U.S.C. § 1326(a), enhanced by § 1326(b)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291.

Appellant argues that the district court committed Sixth Amendment error by considering the fact of a prior conviction which was neither proved to a jury beyond a reasonable doubt nor admitted by him. This contention is foreclosed by *United States v. Moreno–Hernandez,* 419 F.3d 906, 914 n. 8 (9th Cir.2005) ("*Booker* bars the district court from considering only those facts not found by the jury *other than* the fact of prior conviction") (*citing United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 756, 160 L.Ed.2d 621 (2005)).

Because appellant was sentenced under the then-mandatory Sentencing Guidelines,

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

and we cannot reliably determine from the record whether any error in the imposition of the sentence under the then-mandatory Sentencing Guidelines was harmless, we remand to the sentencing court to answer that question, and to proceed pursuant to *United States v. Ameline*, 409 F.3d 1073, 1084 (9th Cir.2005) (en banc). *See Moreno–Hernandez*, 419 F.3d at 916.

**REMANDED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.